# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

J.D. SMITH, JR. and CHARLES W. PIQUET,

                        Plaintiffs,              CIVIL JUDGMENT
          -v-                                        5: 99-CV-2086

NEW VENTURE GEAR, INC., DAIMLERCHRYSLER
CORP., Mike Allen as President of UNITED
AUTOMOBILE, AEROSPACE AND AGRICULTURAL
IMPLEMENT WORKERS OF AMERICA LOCAL 624,
Stephen Yokich as President of UNITED AUTOMOBILE,
AEROSPACE AND AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA,

                        Defendants.
_____

**DECISION BY COURT.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the motion to sever is denied as moot; the motion for summary judgment by defendants New Venture Gear, Inc. and DaimlerChrysler Corp. is granted; the motion for summary judgment by defendants Mike Allen as President of United Automobile, Aerospace and Agricultural Implement Workers of America Local 624, and Stephen Yokich as President of United Automobile, Aerospace and Agricultural Implement Workers of America is granted; and the complaint is dismissed in its entirety.


September 30, 2007                                 LAWRENCE K. BAERMAN
Date                                                 Clerk


                                                      S/_____
                                                      Judi L. Roberts
                                                      Deputy Clerk